# MAHON MAHON KERINS & O'BRIEN, LLC
ATTORNEYS AT LAW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 16 2005 ★

BROOKLYN OFFICE

Writer's Direct Dial
516-436-6716
email: robrien@mahonlaw.com

September 12, 2005

Lawrence T. Mahon
Kenneth P. Mahon
Richard T. Kerins
Robert P. O'Brien

OF COUNSEL
John P. Mahon
Mary E. Mahon
Lawrence P. Murphy
Constance R. Kerwick

**Via Fax 718-260-2358**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East, Rm. 538
Brooklyn, NY 11201

Attn: Brianne Suska, Esq.

Re: Siebuhr v. Scopetta, et al.
Docket No.: 04 CV 2162 (JG)(CLP)

*[Handwritten: Conference adjourned to 10/4 at 10:00 A.M. So Ordered s/Cheryl Pollak USMJ 9/12/05]*

Dear Ms. Suska:

A status conference is scheduled for tomorrow, at 11:30 a.m. before your Honor. Unfortunately, I am required to attend a pre-trial conference in Ulster County at 1 p.m. where parties have already made arrangements to be present. Therefore, this letter is to request an adjournment of the conference, on consent of all parties. There has been no prior request for an adjournment of this conference.

Respectfully,

Robert P. O'Brien

cc: Raymond Nardo, Esq., plaintiff's counsel via fax 742-7675
Alan Schlesinger for Corp. Counsel 212-788-8877